IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv38

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| B.H.B. ENTERPRISES, INC. d/b/a ) | |
| VINNIE'S SARDINES SOUTHEND ) | |
| and BRITTON LANE McCORKLE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within five (5) days thereafter. The record reflects that joinder of the issues occurred on April 21, 2008, when the Defendants filed their Answers to the Plaintiff's Complaint, and that the initial attorneys' conference should have been

completed by May 5, 2008, and the report of that conference filed by May 12, 2008.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable and that the parties shall file a certificate of initial attorneys' conference with the Court no later than May 30, 2008.

**IT IS SO ORDERED**.

Signed: May 20, 2008

Martin Reidinger
United States District Judge